## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

| | |
|---|---|
| MARCUS MCGEE, individually and on behalf of all others similarly situated<br><br>*Plaintiff,*<br><br>vs.<br><br>MORTGAGEPROS, LLC<br>　　　*Defendant.* | Civil Action No. 8:26-cv-170<br><br>**MORTGAGEPROS, LLC'S<br>MOTION TO DISMISS** |

Pursuant to Fed. R. Civ. P. 12(b), MortgagePros, LLC d/b/a ("MPros" or "Defendant") moves to dismiss the putative Class Action Complaint of Marcus McGee ("McGee" or "Plaintiff") for failure to state a claim under the Telephone Consumer Protection Act, 47 U.S.C. § 227. Alternatively, pursuant to Fed. R. Civ. P. 12(f) and/or Fed. R. Civ. P. 23, MPros moves to strike and/or dismiss the putative class allegations.

Contemporaneously with this motion, MPros submits a brief in support of its motion setting forth the basis of its motion.

DATED:  May 18, 2026

Respectfully submitted,

**KLEIN MOYNIHAN TURCO LLP**

*Attorneys for Defendant MortgagePros, LLC*

By: /s/ *Neil E. Asnen*
Neil E. Asnen
450 7th Avenue – 40th Floor
New York, NY 10123
Telephone: (212) 246-0900
Email: nasnen@kleinmoynihan.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 18, 2026, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system which will send notification of such filing(s) to all counsel of record.


/s/ *Neil E. Asnen*
Neil E. Asnen